**Order entered May 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01368-CR

**VINCENT CROWLEY BERTRAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F12-56252-L**

## ORDER

On February 26, 2015, this Court, after adopting the trial court's findings regarding why appellant's brief has not been filed, ordered appellant to file his brief by April 21, 2015. To date, appellant has neither filed his briefs nor communicated with the Court regarding the status of the brief.

Accordingly, we **ORDER** appellant to file his brief by **FRIDAY, MAY 22, 2015**. If appellant's brief is not file by the date specified, the Court will utilize the remedies available to it, which may include ordering that Jeff Buchwald be removed as appellant's appointed attorney and ordering the trial court to appoint new counsel to represent appellant on appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5; Jeff Buchwald; and the Dallas County District Attorney's Office.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE